## HEAD *et al. v.* CROUCH *et al.*

DUCKWORTH, Chief Justice. The undisputed evidence, showing that the petition to enjoin the maintenance of obstructions in an area designated more than 20 years previously by the common grantor as a street was not filed until the obstructions, which were two dwelling houses, were completed—although the petitioners knew that they were being built—shows such a lack of diligence as will, irrespective of any legal rights, deny to the petitioner any relief in equity. *Dulin* v. *Caldwell,* 28 *Ga.* 117; *Southern Marble Co.* v. *Darnell,* 94 *Ga.* 232 (21 S. E. 531); *Holt* v. *Parsons,* 118 *Ga.* 895 (45 S. E. 690); *City of Marietta* v. *Dobbins,* 150 *Ga.* 422 (104 S. E. 444); *Whipkey* v. *Turner,* 206 *Ga.* 410 (57 S. E. 2d, 481). The exception here is to the directed verdict in favor of the defendants, and is without merit.

*Judgment affirmed. All the Justices concur.*

No. 17368. FEBRUARY 13, 1951. REHEARING DENIED MARCH 14, 1951.

*O. C. Hancock* and *D. W. Rolader,* for plaintiffs.
*Dunaway, Howard & Embry, Henry M. Hatcher Jr., William L. Moore,* and *Herbert Johnson,* for defendants.